1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10
11   RODOLFO C. ROJAS,                    ) Case No. SA CV 09-1443 DMG (JCG)
                                          )
12              Petitioner,               )
                                          ) **JUDGMENT**
13        v.                              )
                                          )
14   J. TIM OCHOA,                        )
                                          )
15              Respondent.               )
                                          )
16   _____      )
17
18
19        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
20   **PREJUDICE**.
21
22   DATED: October 13,  2010.
23
24                                        _____
                                                DOLLY M. GEE
25                                        UNITED STATES DISTRICT JUDGE
26
27
28